1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   SANTOS HATFIELD,

11          Petitioner,                    No. CIV S-07-0953 JAM GGH P

12      vs.

13   LENARD KARLTON, Third Circuit Judge,

14          Respondent.                 _____ORDER

15   _____/

16          Petitioner, a federal prisoner proceeding pro se, has requested that this action be

17   dismissed.   Pursuant to Fed. R. Civ. P. 41(a), the action is dismissed.

18          Accordingly, the Clerk of Court shall close this case.

19   DATED: 09/26/08

                                         /s/ Gregory G. Hollows
20                                       _____
                                         GREGORY G. HOLLOWS
21                                       UNITED STATES MAGISTRATE JUDGE

22   GGH:009/ak
     hatf0953.159
23

24

25

26